169 A.3d 976

ALLSTARS AUTO GROUP, INC., APPELLANT, v. NEW JERSEY MOTOR VEHICLE COMMISSION, RESPONDENT–RESPONDENT. AND OTHER RELATED CASES. (OLD VINE AUTO DEALER, LLC—PETITIONER)

June 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2112–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.